Opinion filed May 4, 1937. Rehearing denied May 18, 1937.

Krohn & MacDonald, for appellant. Alden, Latham & Young, for appellee; Carl R. Latham and Norman A. Korfist, of counsel.

Mr. Justice Friend delivered the opinion of the court.

John Jeffrey, appellant, v. Hubbard Woods Trust & Savings Bank et al., appellee. Gen. No. 39,378.

Opinion filed May 4, 1937.

Walter E. Beebe and H. C. Rumery, for appellant. Philip J. Mc-Kenna and Ignatz Spitz, for appellee.

Mr. Justice Friend delivered the opinion of the court.

Katherine Feeney, appellee, v. Chester R. Davis et al., defendants. Chester R. Davis et al., appellants. Gen. No. 38,820.

Opinion filed May 4, 1937.

Wendell H. Shanner, for appellants; Charles V. Laughlin, of counsel. Kaplan & Kaplan and Alfred M. Loeser, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

William B. Johnson, appellee, v. County of Cook, appellant. Gen. No. 38,884.

Opinion filed May 4, 1937.

Thomas J. Courtney, State's Attorney, for appellant; Hayden N. Bell, Jacob Shamberg, William P. Kearney, Jacob L. Sheer and Richard L. Gallagher, Assistant State's Attorneys, of counsel. Coburn, Kearney & Coburn, for appellee; John J. Coburn and Archie T. Coburn, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.